

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00786-CV

DAVID JONES, Appellant

V.

TIFFANY MONTEJO, Appellee

Appeal from the 312th District Court of Harris County.   (Tr. Ct. No. 1997-17289).

**TO THE 312TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 23rd day of April, 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This is an appeal from the judgment signed by the court below on August 19, 2014. Appellant, David Jones, did not timely file a brief. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. Accordingly, the Court **dismisses** the appeal for want of prosecution.
>
> The Court **orders** that appellant pay all costs incurred by reason of this appeal.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered April 23, 2015.

Per curiam opinion delivered by panel consisting of Chief

Justice Radack and Justices Brown and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

July 3, 2015

Date

*[signature]*

CHRISTOPHER A. PRINE
CLERK OF THE COURT

